IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JAMES BRADLEY,

    *Plaintiff*,

v.                                      Case No.: 4:21cv89-MW/MJF

T. DICKS, *et al.*,

    *Defendants*.

_____/

## ORDER ACCEPTING AND ADOPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 11. Upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation, ECF No. 11, is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "Plaintiff's claims are **DISMISSED** without prejudice for failure to comply with orders of this Court." The Clerk shall close the file.

**SO ORDERED on July 20, 2021.**

                                                    **s/Mark E. Walker**
                                                  **Chief United States District Judge**